UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRENCE BROWNLEE,<br>Plaintiff,<br>v.<br>D. RUBAICABA, et al.,<br>Defendants. | Case No. 19-cv-06111-WHO (PR)<br><br>**ORDER OF DISMISSAL**<br><br>Dkt. Nos. 3 and 5 |

Plaintiff Brownlee's *in forma pauperis* (IFP) application is insufficient. He has not filed a Certificate of Funds signed by an authorized prison officer. The forms submitted are unsigned and lack the relevant information. (Dkt. No. 3 at 9; Dkt. No. 5 at 5.) The Court granted Brownlee additional time, but the form he filed during that extension is unsigned and incomplete. (Dkt. Nos. 4 and 5.)

Accordingly, this federal civil rights action is DISMISSED (without prejudice) for failing to comply with the Court's orders and for failing to prosecute, *see* Federal Rule of Civil Procedure 41(b). Because this dismissal is without prejudice, plaintiff may move to reopen the action. Any such motion **must** contain a signed and properly completed Certificate of Funds, or full payment for the $400.00 filing fee.

Brownlee's IFP motions are DENIED as insufficient. (Dkt. Nos. 3 and 5.) The Clerk shall terminate all pending motions.

**IT IS SO ORDERED.**

**Dated:** January 6, 2020



WILLIAM H. ORRICK
United States District Judge